UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>DEBORAH HOLLIMON,<br>　　　　Defendant. | No.  2:15-cr-237-GEB<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>HERBERT ALEXANDER,<br>　　　　Defendant. | No.  2:16-cr-179-JAM |

　　　　On September 28, 2016, the United States filed a "Related Case Memorandum" in which it gives notice "that the above-captioned matters are related cases within the meaning of Local Rule 123 [since the] cases are the result of the same investigation and involve common questions of law and fact, to wit, the legitimacy of a number of companies that[, as alleged by the government] in two indictments[,] were used to defraud the California Employment Development Department." Related Case Memo. 1:24-27, Doc. ECF 5.

1

1 | Examination of the above-entitled matters reveals they
2 | are related within the meaning of Local Rule 83-123(a).
3 | Therefore, 2:16cr179-JAM is reassigned to Judge Garland E.
4 | Burrell, Jr. for all further proceedings. Henceforth, the caption
5 | on documents filed in the reassigned case shall show the initials
6 | "GEB" instead of the other judge's initials. Further, the status
7 | hearing scheduled in the Herbert Alexander case on October 18,
8 | 2016 is re-scheduled to commence at 9:00 a.m. on October 21, 2016
9 | before the Honorable Garland E. Burrell.
10 | IT IS FURTHER ORDERED that the Clerk of the Court shall
11 | make any required adjustment in the assignment of criminal cases
12 | to compensate for this reassignment.
13 |
14 | IT IS SO ORDERED.
15 | Dated: September 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge