| | |
|---|---|
| From: | ECF Internet <ecfMOW.notification@mow.uscourts.gov> |
| Sent: | Monday, December 21, 2020 12:34 PM |
| To: | Mow Atynots |
| Subject: | Activity in Case 4:20-mj-00183-WBG USA v. Hollimon |



**FILED**
Jan 04, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of Missouri

## Notice of Electronic Filing

The following transaction was entered on 12/21/2020 at 2:33 PM CST and filed on 12/21/2020
**Case Name:**      USA v. Hollimon
**Case Number:**    4:20-mj-00183-WBG
**Filer:**
**Document Number:** 8

**Docket Text:**
**Notice to Eastern District of California. of a Rule 5 Transfer as to Deborah Hollimon. Your case number is: 2:15-CR-0237-KJM. The clerk will transmit restricted documents via email. If you require certified copies of any documents, please send a request to kcgen@mow.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (Attachments: # (1) Documents) (Melvin, Greg)**


**4:20-mj-00183-WBG-1 Notice has been electronically mailed to:**

FPD    belinda_bye@fd.org, cachet_williams@fd.org, chris_kee@fd.org, sandy_schnack@fd.org, stephanie_elliott@fd.org, terri_newell@fd.org

Ronna Holloman-Hughes    ronna_holloman-hughes@fd.org, belinda_bye@fd.org, cachet_williams@fd.org, sandy_schnack@fd.org, stephanie_elliott@fd.org

Jeffrey Quinn McCarther    jeffrey.mccarther@usdoj.gov, CaseView.ECF@usdoj.gov, USAMOW.ECFNVC@usdoj.gov

**4:20-mj-00183-WBG-1 It is the filer's responsibility for noticing the following parties by other means:**

The following document(s) are associated with this transaction:

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

      Plaintiff,

-vs-           Case No. 20-000183-01-MJ-W-WBG

DEBORAH HOLLIMON

      Defendant.

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

  The above-named defendant, who is currently in custody and is scheduled to appear before this Court and defendant not having waived counsel, it is

  ORDERED that Laine Cardarella, Federal Public Defender, and Steve Moss, William M. Ermine, Anita Burns, Travis Poindexter, Robert Kuchar, Ronna Holloman-Hughes, William Raymond, Carie Allen, Todd M. Schultz, Jedrick H Burgos Amador, and Lesley Smith, Assistant Federal Public Defenders, Scarritt Building, Suite 300, 818 Grand Avenue, Kansas City, Missouri 64106, telephone number (816) 471-8282; David R. Mercer, Ann Koszuth, Michelle Nahon, Ian A. Lewis and Michelle Law, Assistant Federal Public Defenders,  901 St. Louis Street, Suite 801, Springfield, Missouri 65806, telephone number (417) 873-9022  and Troy Stabenow, Assistant Federal Public Defender, 221 Bolivar Street, Suite 104, Jefferson City, MO 65101, telephone number (573) 636-8747, be, and they are hereby, appointed to represent the defendant before the Court and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

              /s/ W. Brian Gaddy
              W. BRIAN GADDY
              UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
December 17, 2020

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 4:20-mj-00183-WBG-1 |
| DEBORAH HOLLIMON ) | |
| ) | Charging District's Case No. 2:15-CR-00237-TLN |
| *Defendant* ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* U.S. District Court - Eastern District of California.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 12/17/2020

/s/ Deborah Hollimon
*Defendant's signature*

*Ronna Holloman-Hughes*
*Signature of defendant's attorney*

Ronna Holloman-Hughes
*Printed name of defendant's attorney*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 20-MJ-00183-01-WBG |
| ) | |
| ) | |
| **DEBORAH HOLLIMON,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE PURSUANT TO THE
DUE PROCESS PROTECTIONS ACT**

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence – that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

DATE: December 17, 2020         */s/ W. Brian Gaddy*
                                W. BRIAN GADDY
                                UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Western District of Missouri |
| | ) | Case No. 20-MJ-00183-01-WBG |
| vs. | ) | |
| | ) | Eastern District of California |
| DEBORAH HOLLIMON, | ) | Case No. 2:15-CR-0237-KJM |
| | ) | |
| Defendant. | ) | |

### ORDER

On December 17, 2020, Defendant Deborah Hollimon appeared with appointed counsel on an arrest warrant issued by the United States District Court for the Eastern District of California. Defendant knowingly and voluntarily waived an identity and removal hearing. Defendant was remanded to the custody of the United States Marshal. It is, therefore,

ORDERED that the United States Marshal for the Western District of Missouri is directed to transport Defendant to the United States District Court for the Eastern District of California, for all further proceedings.

DATE: December 18, 2020           */s/ W. Brian Gaddy*
                                  W. BRIAN GADDY
                                  UNITED STATES MAGISTRATE JUDGE

# U.S. District Court
## Western District of Missouri (Kansas City)
### CRIMINAL DOCKET FOR CASE #: 4:20-mj-00183-WBG All Defendants

| | |
|---|---|
| Case title: USA v. Hollimon | Date Filed: 12/14/2020 |
| | Date Terminated: 12/18/2020 |

Assigned to: Magistrate Judge W. Brian Gaddy

**Defendant (1)**

| | | |
|---|---|---|
| **Deborah Hollimon**<br>*TERMINATED: 12/18/2020* | represented by | **FPD**<br>Federal Public Defender<br>818 Grand Boulevard<br>Suite 300<br>Kansas City, MO 64106<br>(816) 471-8282<br>Email: belinda_bye@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status:*<br><br>**Ronna Holloman-Hughes**<br>Federal Public Defender's Office - KCMO<br>Walnut Street<br>1000 Walnut<br>Ste. 600<br>Kansas City, MO 64106<br>816-471-8282<br>Fax: 816-471-8008<br>Email: ronna_holloman-hughes@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Active* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| Rule 5 - Indictment from Eastern District of California | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jeffrey Quinn McCarther**<br>United States Attorney's Office-KCMO<br>400 E 9th Street<br>Suite 5510<br>Kansas City, MO 64106<br>816-426-3122<br>Fax: 816-426-4328<br>Email: jeffrey.mccarther@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br>*Bar Status: Active* |

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2020 | 1 | RULE 5 Indictment as to Deborah Hollimon (1). (Williams, Teresa) (Main Document 1 replaced on 12/14/2020) (Williams, Teresa). (Additional attachment(s) added on 12/14/2020: # 1 Warrant) (Williams, Teresa). (Entered: 12/14/2020) |
| 12/14/2020 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Deborah Hollimon. Signed on 12/17/2020 by Magistrate Judge W. Brian Gaddy.(Williams, Teresa) (Entered: 12/14/2020) |
| 12/14/2020 | 3 | NOTICE OF HEARING as to Deborah Hollimon. This is the official notice for this hearing. Initial Appearance - Rule 5 and Removal/Identity Hearing set for 12/17/2020 01:00 PM via Video Teleconference before Magistrate Judge W. Brian Gaddy. [Zoom hearings will be sent to all parties.] This is a TEXT ONLY ENTRY. No document is attached. (Williams, Teresa) (Entered: 12/14/2020) |
| 12/15/2020 | | Ronna Holloman-Hughes assigned attorney for Deborah Hollimon. Signed on 12/15/2020 by Magistrate Judge W. Brian Gaddy. This is a TEXT ONLY ENTRY. No document is attached. (Williams, Teresa) (Entered: 12/15/2020) |
| 12/17/2020 | 4 | WAIVER of Rule 5(c)(3) Hearings by Deborah Hollimon (Williams, Teresa) (Main Document 4 replaced on 12/17/2020) (Williams, Teresa). (Entered: 12/17/2020) |
| 12/17/2020 | 5 | Minute Entry for proceedings held before Magistrate Judge W. Brian Gaddy: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings and REMOVAL/IDENTITY HEARING as to Deborah Hollimon held on 12/17/2020.<br><br>All parties present and ready for hearing, via videoconference. Defendant consents to hearing via |

| | | |
|---|---|---|
| | | videoconference. Defendant held to answer in case 12:15-cr-00237-TLN in the U.S. District Court of the Eastern District of California. The Court advises defendant of her rights. Defendant waives formal reading of the indictment from the Eastern District of California. The Government summarizes its charges and penalties.<br><br>The Court advises the defendant of Rule 20 and Rule 5. Court finds the defendant voluntarily waives her right to a Removal/Identity hearing. Defendant authorizes defense counsel to submit a written waiver bearing an electronic signature on her behalf. The waiver will be filed. Defendant was recently sentenced in a case in the U.S. District Court of Western Missouri. The sentence not having been discharged, defendant is not entitled to a detention hearing. Defendant remanded to the custody of the U.S. Marshal for transfer to the charging district. Written order to follow.<br><br>Counsel appearing for USA: Mike Green. Counsel appearing for Defendant: Ronna Holloman-Hughes. Time in court: 1:09 pm to 1:27 pm. To order a transcript of this hearing please contact Teresa Williams, 816-512-5774. This is a TEXT ONLY ENTRY. No document is attached. (Williams, Teresa) (Entered: 12/17/2020) |
| 12/17/2020 | 6 | NOTICE PURSUANT TO THE DUE PROCESS PROTECTIONS ACT for Deborah Hollimon. Signed on December 17, 2020 by Magistrate Judge W. Brian Gaddy. (Kanoy, Sarah) (Entered: 12/17/2020) |
| 12/18/2020 | 7 | ORDER OF REMOVAL to the United States District Court for the Eastern District of California as to Deborah Hollimon. Signed on 12/18/20 by Magistrate Judge W. Brian Gaddy. (Kitsmiller, Julia) (A copy of the Order was delivered to the US Marshal Service via email on 12/18/20.) (Kitsmiller, Julia). (Entered: 12/18/2020) |
| 12/21/2020 | 8 | Notice to Eastern District of California. of a Rule 5 Transfer as to Deborah Hollimon. Your case number is: 2:15-CR-0237-KJM. The clerk will transmit restricted documents via email. If you require certified copies of any documents, please send a request to kcgen@mow.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (Attachments: # 1 Documents) (Melvin, Greg) (Entered: 12/21/2020) |